| GEORGIA M. PESTANA<br>*Corporation Counsel* | **THE CITY OF NEW YORK<br>LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MATTHEW NEALON<br>*Special Assistant Corporation Counsel*<br>(212) 356-0874 |
|---|---|---|



November 8, 2021

**BY ECF**
Honorable Alison J. Nathan
United States District Court
40 Foley Square
New York, New York 10007-1312

                Re: *F.S. et al v. N.Y.C. Dep't. of Educ.* 21-cv-7539 (AJN)(KNF)

Dear Judge Nathan:

      I am a Special Assistant Corporation Counsel at the New York City Law Department, assigned to represent the New York City Department of Education in the above-captioned matter wherein Plaintiffs seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

      ==I write with the agreement of Michele Kule-Korgood, Esq., counsel for Plaintiffs, to request that the filing date of the Proposed Civil Case Management Plan and Joint Letter be extended from November 10 to December 22, 2021.==  This is the first request for such an extension.  At this time the parties further request that the conference scheduled for November 19, 2021 be adjourned, with proposed alternative dates of January 7, 2022, January 21, 2022 or January 28, 2022, or a date thereafter convenient for the Court.

      Plaintiffs have provided Defense Counsel with relevant timesheets for review, and the City's internal settlement evaluation process is nearing completion.  Defense Counsel does not yet have authority to negotiate settlement at this time, but expects to be able to make a fair settlement offer no later than the end of November.   At this time, there is no reason to believe that settlement will not be achieved.

      Thank you for your consideration of this request.

                                                  Respectfully submitted,

                                                     /s/
                                                   Matthew P. Nealon
                                                   Special Assistant Corporation Counsel

CC:   BY ECF
       Michele Kule-Korgood, Esq.

                                      **The initial pre-trial conference scheduled
                                      for November 19, 2021 is adjourned to
                                      February 4, 2022 at 3:45 p.m.**

                                                                                      11/9/2021